OPINION — AG — UNDER THE TERMS OF 11 O.S. 1963 Supp., 481 [11-481], TRACTS OF LAND IN EXCESS OF FORTY ACRES ARE EXEMPT FROM CITY TAXES WHEN LOCATED WITHIN A CITY OR TOWN AND WHEN USED FOR INDUSTRIAL OR COMMERCIAL PURPOSES, BUT SAID EXEMPTION DOES NOT EXTEND TO THE PERSONAL PROPERTY THAT MAY BE CONTAINED IN THE BUILDINGS LOCATED THEREON. (CHARLES OWENS) ** SEE: OPINION NO. 70-161 (1970) **